UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-00127-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | O R D E R |
| LOUIS JOSEPH CAMPOMENOSI | : | |

Upon motion of the Government, and for good cause shown, the Federal Bureau of Investigation is hereby authorized to destroy or otherwise dispose of the following item which was seized during the investigation of the above-captioned case: Glock .45. Said firearm shall be disposed of in accordance with applicable statutes and regulations.

SO ORDERED, this 29 day of August, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE